IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CYNTHIA L. GINN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 04-3188-CV-S-DW |
| ) | |
| SKAGGS COMMUNITY HOSPITAL ) | |
| ASSOCIATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Cynthia Ginn and Defendant Skaggs Community Hospital Association ("Skaggs") have stipulated to dismissal of the remaining claims in this action *with prejudice* (Docs. 81 & 84). Accordingly, Plaintiff Cynthia Ginn's claim contained in Count 3 of the Complaint is hereby dismissed *with prejudice*; each party to bear their own costs. With the dismissal of Plaintiff's appeal of the Court's May 4, 2005 Order (Doc. 86), all claims in this action have been resolved and this action shall now be closed.

Date:  October 18, 2006         /s/ DEAN WHIPPLE
                                Dean Whipple
                                United States District Court